*E-Filed  4/5/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA LOWE, | No. C 10-00727 RS |
| Plaintiff, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| BARRETT ASSET RECOVERY SERVICES, LLC., | |
| Defendant. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **June 3, 2010**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 10, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 4/5/10

*(signature)*

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE